UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| DANIELLE E. BATTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:13-CV-107 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order:

1. "Plaintiff Danielle Batts's Emergency Motion to Revoke Voluntary Dismissal and Enforce Settlement Agreement" [doc. 32] is **GRANTED IN PART**, to the extent that the parties' stipulation of dismissal [doc. 31] is **VACATED**. "Plaintiff Danielle Batts's Emergency Motion to Revoke Voluntary Dismissal and Enforce Settlement Agreement" [doc. 32] is otherwise **DENIED**.

2. "UPS' Motion to Enforce Settlement Agreement as Revised" [doc. 47] is **DENIED**.

3. "Plaintiff's Motion to Strike Defendant's Untimely Response" [doc. 69] is **DENIED**.

4. Defendant's "Motion for Leave to File Documents Under Seal" [doc. 66] is **GRANTED**.

5. This case is **SET** for trial on May 17, 2016, at 9:00 a.m., in Greeneville, Tennessee. Deadlines and filing dates as set out in the scheduling order [doc. 6] are to be calculated and applied using the new trial date.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge